

**Helen E. Tuttle**
Partner
helen.tuttle@faegredrinker.com
973-549-7263 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025

March 13, 2025

Application GRANTED.  The parties shall submit their FLSA settlement agreement and the joint letter explaining the basis for the proposed FLSA settlement, *see* ECF No. 14, by **April 16, 2025**.

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated:  March 18, 2025

**Via ECF**
The Honorable Jennifer H. Rearden
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:  *Anike Marshall v. BMW of Manhattan, Inc.*
     Case No. 1:24-cv-06605-JHR

Dear Judge Rearden:

We represent Defendant BMW of Manhattan, Inc. ("BMW Manhattan") in the above-referenced matter.  BMW Manhattan and Plaintiff Anike Marshall ("Plaintiff") participated in the Court-ordered Mediation Program of the Southern District of New York (the "Mediation Program") and, as a result of the Mediation Program, reached a settlement in this matter.  Pursuant to the Court's Order, dated February 13, 2025, the Court extended the parties' deadline to submit their FLSA settlement agreement and a joint letter explaining the basis for the proposed FLSA settlement to March 17, 2025.

While counsel for the parties have been working diligently on the FLSA settlement agreement and joint letter, the parties need additional time to finalize these documents.  Therefore, pursuant to Rule 2.E. of Your Honor's Individual Rules and Practices in Civil Cases, we write to request a 30-day extension of time to submit the FLSA settlement agreement and joint letter.  The parties' new deadline would be April 16, 2025.  This is BMW Manhattan's second request for an extension of this deadline.  We contacted Plaintiff's counsel to request his consent to this extension request but did not receive a response.

No other dates have been scheduled in the matter, and no dates will be impacted if this request is granted.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Helen E. Tuttle*

cc: Abdul K. Hassan, Esq.