

**Helen E. Tuttle**
Partner
helen.tuttle@faegredrinker.com
973-549-7263 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2025

May 14, 2025

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:   *Anike Marshall v. BMW of Manhattan, Inc.*
      Case No. 1:24-cv-06605-JHR

Dear Judge Rearden:

    We represent Defendant BMW of Manhattan, Inc. ("BMW Manhattan") in the above-referenced matter. BMW Manhattan and Plaintiff Anike Marshall ("Plaintiff") participated in the Court-ordered Mediation Program of the Southern District of New York (the "Mediation Program") and, as a result of the Mediation Program, reached a settlement in this matter. Pursuant to the parties' joint request, the Court's Order, dated April 16, 2025, extended the parties' deadline to submit their FLSA settlement agreement and a joint letter explaining the basis for the proposed FLSA settlement to May 16, 2025.

    While counsel for the parties have continued working diligently on the FLSA settlement agreement and joint letter, the parties need additional time to finalize these documents. Therefore, pursuant to Rule 2.E. of Your Honor's Individual Rules and Practices in Civil Cases, we write to request a 30-day extension of time to submit the FLSA settlement agreement and joint letter. The parties' new deadline would be June 15, 2025. This is the parties' fourth request for an extension of this deadline. Plaintiff's counsel consents to this request.

    No other dates have been scheduled in the matter, and no dates will be impacted if this request is granted.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Helen E. Tuttle*

cc: Abdul K. Hassan, Esq.

---

Application GRANTED. The parties shall submit their FLSA settlement agreement and the joint letter explaining the basis for the proposed settlement, see ECF No. 14, by **June 15, 2025**.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: May 15, 2025